UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14027-CIV-CANNON/McCabe

**RICHARD A. MARINO**,

      Plaintiff,
v.

**PHAIDON INTERNATIONAL, INC.**
d/b/a **Selby Jennings**,

      Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Defendant's Motion to Dismiss [ECF No. 11]. On May 2, 2022, the Court referred Defendant's Motion to Magistrate Judge Ryon M. McCabe for a Report and Recommendation [ECF No. 17]. Judge McCabe thereafter issued a Report ("R&R") recommending that Defendant's Motion be granted, and that Plaintiff's complaint be dismissed without prejudice with leave to file an amended complaint [ECF No. 18]. On May 23, 2022, Plaintiff filed an Objection to the R&R [RCF No. 19].

In light of Plaintiff's Objection, the Court has conducted a de novo review of the full record. Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that Defendant's Motion should be granted for the reasons set forth therein.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.    The R&R [ECF No. 18] is **ACCEPTED**.

2.    Defendant's Motion [ECF No. 11] is **GRANTED.**

CASE NO. 22-14027-CIV-CANNON/McCabe

3. Plaintiff shall have one final opportunity to cure the pleading deficiencies discussed in the R&R by filing an amended complaint **on or before June 17, 2022**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 2nd day of June 2022.

*[signature]*
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record