UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14027-CIV-CANNON/McCabe

**RICHARD A. MARINO,**

    Plaintiff,

v.

**PHAIDON INTERNATIONAL, INC.,**
d/b/a Selby Jennings,

    Defendant.
_____/

## ORDER FOLLOWING LIMITED REMAND

**THIS CAUSE** comes before the Court following the Limited Remand Order issued by the U.S. Court of Appeals for the Eleventh Circuit on March 22, 2024 [ECF No. 139]. The Remand Order directs this Court to determine the citizenship of Defendant and evaluate the presence of diversity jurisdiction [ECF No. 139]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **April 15, 2024**, Plaintiff and Defendant each shall file a Combined Supplement on Jurisdiction, with supporting attachments as necessary, in light of the Eleventh Circuit's Limited Remand Order and applicable law [ECF No. 139 p. 2 (noting that the amended complaint does not establish (1) whether Phaidon is one entity or two, (2) which entity Marino is suing, and (3) the nature of that entity); *id.* (citing 28 U.S.C. § 1332(c)(1)).

2. Any disagreements can be denoted separately in the combined filing.[1]

---

[1] The Court notes that the parties took the same position on jurisdiction following the Eleventh Circuit's jurisdictional inquiries. *See* 11th Cir. Appeal No. 24-10113.

CASE NO. 22-14027-CIV-CANNON

3. Failure to timely comply with this Order will result in dismissal of this action for lack of jurisdiction and vacatur of the Court's prior rulings, without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of April 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record